IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **SAPUTO CHEESE USA INC.**, a Delaware corporation, ) ) ) Plaintiff, ) ) v. ) ) **SOCIETE DE LA FROMAGERIE BOURSIN**, a French corporation, ) ) ) Defendant. ) _____ ) | Civil Action No. 07-CV-06150  Hon. Rebecca R. Pallmeyer, U.S.D.J.  Hon. Susan E. Cox, U.S.M.J. |

**NOTICE OF INITIATION OF SERVICE OF PROCESS**
**UNDER THE HAGUE CONVENTION**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that on the 26th day of February, 2008, plaintiff, Saputo Cheese USA Inc. ("Saputo"), in accordance with Rules 4(f)(1) and 4(h)(2) of the Federal Rules of Civil Procedure, initiated service of process upon defendant, Societe de la Fromagerie Boursin ("Boursin"), a French corporation. More specifically, in accordance with Section 5, sub-paragraph (a), of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, November 15, 1965, 20 U.S.T. 361, T.I.A.S. No. 6638, Saputo transmitted a Request for Service Abroad of Judicial or Extrajudicial Documents, together with copies of the Complaint for Trademark Infringement and Unfair Competition and this Court's Summons, including the requisite French translations of such documents, to the Bureau de l'Entraide Judiciaire Internationale ("French Bureau") of the Ministry of Justice of the French Republic in Paris, France to effect formal service of Boursin. Said documents were actually received by the French Bureau on the 28th of February, 2008.

Saputo's counsel will notify this Court upon receipt of confirmation that service of process has been effected upon Boursin.

Dated:  March 11, 2008

Respectfully submitted,

FOLEY & LARDNER LLP

_____
Craig S. Fochler (ARDC # 840,858)
Charles R. Mandly, Jr. (ARDC # 6185827)
Peter G. Hawkins (ARDC # 6289701)
321 North Clark Street, Suite 2800
Chicago, Illinois 60610-4764
Telephone:  (312) 832-4500
Facsimile:  (312) 832-4700

Attorneys for Plaintiff
SAPUTO CHEESE USA INC.