## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

```
-----------------------------------------------------------------X
SAPUTO CHEESE USA INC.,                        :
                                               :
                    Plaintiff,                 :    Civil Action No. 07 CV 6150
                                               :
                                               :
         -against-                             :
                                               :    STIPULATION EXTENDING
SOCIETE DE LA FROMAGERIE BOURSIN,              :    TIME FOR DEFENDANT
                                               :    TO ANSWER OR OTHERWISE
                                               :    RESPOND TO PLAINTIFF'S
                    Defendant.                 :    COMPLAINT
-----------------------------------------------------------------X
```

Plaintiff Saputo Cheese USA Inc. and Defendant Societe de la Fromagerie Boursin, by and through their undersigned counsel, do hereby stipulate to extend the time for Defendant to answer or otherwise respond to Plaintiff's Complaint through and including April 28, 2008. This is the first request for an extension of Defendant's time to respond to Plaintiff's Complaint. This stipulated extension of time has been agreed upon by all parties and is not being entered for the purpose of delay. The parties' counsel have circulated a settlement agreement for final review and execution. For the Court's information, Defendant is located in France.

Because no dates have yet been set in this case, the requested extension will not affect any other scheduled dates in this case.

Dated: April 21, 2008                                Respectfully submitted,

                                                    FOLEY & LARDNER LLP

                                                    By:   /s/ Craig S. Fochler

                                                  Craig S. Fochler (ARDC # 840858)
                                                  Charles R. Mandly, Jr. (ARDC # 6185827)
                                                  Peter G. Hawkins (ARDC # 6289701)
                                                  321 North Clark Street
                                                  Suite 2800
                                                  Chicago, Illinois 60610-4764
                                                  (312) 832-4500
                                                  Attorneys for Plaintiff
                                                  Saputo Cheese USA Inc.


Dated: April 21, 2008                                DUANE MORRIS LLP


                                                  By:   /s/ Richard W. McLaren, Jr.
                                                  Richard W. McLaren, Jr. (ARDC # 6240763)
                                                  190 South LaSalle Street
                                                  Suite 3700
                                                  Chicago, Illinois 60603-3433
                                                  (312) 499-6700

                                                  Gregory P. Gulia
                                                  Eric W. McCormick
                                                  1540 Broadway
                                                  New York, New York 10036-4086
                                                  (212) 692-1000
                                                  Attorneys for Defendant
                                                  Societe de la Fromagerie Boursin