# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6150 | **DATE** | 4/23/2008 |
| **CASE TITLE** | Saputo Cheese USA, Inc. vs. Societe De La Fromagerie Boursin | | |

**DOCKET ENTRY TEXT**

Stipulation extending time for Defendant to answer or otherwise respond to Plaintiff's complaint [13] granted to and including 4/28/08. Status hearing set for 5/15/08 at 9:00 a.m. to stand.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|