FOLEY & LARDNER LLP
Craig S. Fochler (ARDC #840,858)
Charles R. Mandly, Jr. (ARDC #6185827)
Peter G. Hawkins (ARDC #6289701)
321 North Clark Street, Suite 2800
Chicago, Illinois 60610-4764
(312) 832-4500

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

-----------------------------------------------------------------X
SAPUTO CHEESE USA INC.                          :
              Plaintiff,                      :
     -against-                                       :  Civil Action No. 1:07-CV-06150
                                            :
SOCIETE DE LA FROMAGERIE BOURSIN   :
              Defendant
-----------------------------------------------------------------X

## NOTICE OF DISMISSAL

Plaintiff Saputo Cheese USA Inc. by its attorneys, Foley & Lardner LLP, hereby dismisses the above action, without costs against Defendant Societe de la Fromagerie Boursin, pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure.

SAPUTO CHEESE USA INC.

By: _Peter G. Hawkins_ (signature)

Name: Peter G. Hawkins

Title: Attorney-in-Fact

Date: April 28, 2008

SO ORDERED:

Dated:_____          _____
                                                       United States District Judge

**CERTIFICATE OF SERVICE**

     I, an attorney, hereby certify that a true and correct copy of the foregoing NOTICE OF DISMISSAL was filed electronically and was served via first class mail, postage prepaid, on April 28, 2008 on the following:

     Richard W. McLaren, Jr., Esq.
     Duane Morris
     190 South LaSalle Street, Suite 3700
     Chicago, IL 60603

                                       By: /s/ Peter G. Hawkins
                                             Peter G. Hawkins

                                             One of the Attorneys for Plaintiff
                                             Saputo Cheese USA Inc.