# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6150 | **DATE** | 4/29/2008 |
| **CASE TITLE** | Saputo Cheese USA Inc vs. Societe De La Fromagerie Boursin | | |

**DOCKET ENTRY TEXT**

Plaintiff dismisses the above action, without costs against Defendant Societe de la Fromagerie Boursin, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Status hearing set for 5/15/2008 is stricken. Civil case terminated.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|